The motion was made upon the grounds that the appeal was frivolous and that the Court of Appeals had no jurisdiction to entertain the same.

*Moses L. Littleton* for motion.

*Smith Lent* opposed.

Motion denied, with ten dollars costs.

---

Thomas F. Tierney, Respondent, *v.* Jacob S. Dubroff et al., Appellants.

Reported below, 134 App. Div. 930.
(Submitted April 25, 1910; decided May 3, 1910.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 1, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the Queens County Court at a Trial Term without a jury in an action to foreclose certain mortgages on real property.

The motion was made upon the ground that no question of law was involved since the Appellate Division had unanimously decided that the findings of fact were supported by the evidence and the exceptions appearing in the record were frivolous.

*Clarence Edwards* for motion.

*Walter F. Durack* opposed.

Motion denied, with ten dollars costs.

---

George Kozak, Respondent, *v.* The Erie Railroad Company, Appellant.

Reported below, 135 App. Div. 726.
(Argued April 25, 1910; decided May 3, 1910.)

Motion to dismiss an appeal from a judgment entered December 16, 1909, upon an order of the Appellate Division